**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

          Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP
ADDRESS 50.185.137.190,

          Defendant.

                                  /

No. C 16-01000 WHA

**ORDER RE DEFENDANT'S
CONTACT INFORMATION**

       The Court has received defendant's motion to quash the subpoena seeking his

identifying information from his Internet service provider; however, defendant, who is

proceeding *pro se*, provided no contact information.  By **MAY 24**, defendant shall file a notice

with his name and an address at which he can receive court documents, which notice shall be

filed under seal v*isible to the Court only*.  Until the motion to quash is resolved, the Court will

serve Malibu Media's briefs at the address provided in that notice.

       The Clerk shall please **SERVE** this order on Comcast at the address below, and Comcast

is hereby **ORDERED** to forward this order to the above-named subscriber.  Malibu Media shall

also **SERVE** this order on Comcast in the same manner it served the subpoena.

                  Comcast Corporation
                  c/o CT Corporation System
                  818 West Seventh Street, Ste 930
                  Los Angeles, CA 90017

     **IT IS SO ORDERED.**

Dated:  May 13, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE