1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   MALIBU MEDIA, LLC,                          No. C 16-01000 WHA

11              Plaintiff,

12       v.

13   JOHN DOE SUBSCRIBER ASSIGNED IP            **ORDER DENYING MOTION**
     ADDRESS 50.185.137.190,                    **TO QUASH SUBPOENA**
14

15              Defendant.
     _____/
16

17          Malibu Media served a third-party subpoena on defendant's Internet service provider,

18   Comcast.  Defendant filed a motion to quash or modify the subpoena on the grounds that he was

19   a customer of Malibu Media's and because compliance would invade his privacy.  His motion is

20   not accompanied by a sworn record and did not include any of his contact information.  The

21   Court ordered defendant to file a notice indicating his name and address to be filed under seal

22   for the Court's eyes only, but defendant never responded.

23          Defendant's denial of liability is not a basis for quashing the subpoena, and any privacy

24   interest he has in the subpoenaed information is far outweighed by Malibu Media's need to

25   identify the proper defendant in this action, which can only be done with this subpoena.

26   Accordingly, defendant's motion to quash is **DENIED**.

27

28

*United States District Court*
For the Northern District of California

Malibu Media shall **SERVE** this order on Comcast in the same manner it served the subpoena.  The Clerk shall please **SERVE** this order on Comcast at the address provided below, which was included in defendant's motion to quash:

Comcast Corporation
c/o CT Corporation System
818 West Seventh Street, Ste 930
Los Angeles, CA 90017

Comcast shall comply with the subpoena by **JULY 14**.

**IT IS SO ORDERED.**

Dated:   June 30, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2